AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:17-MJ-1613 | Date and time warrant executed: 6/27/2017 0700 | Copy of warrant and inventory left with: Nyisha Ramsey |
| Inventory made in the presence of: SA Tchiu Lee | | |

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

1 attachment, Case# 16-091844
2 pages

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 6/29/2017

_____
Executing officer's signature

SA Damia White
Printed name and title

AUSA: Stacey R. Fernandez x3152

# U.S. DEPARTMENT OF EDUCATION - OFFICE OF INSPECTOR GENERAL
## EVIDENCE INVENTORY FORM

Case Number: 16-091844
Date of Seizure: 06/27/2017

Location/Site: 45442 Gadsen Ave, Lancaster, CA 93534 / 1

| Item # | Category | Description | Room # |
|---|---|---|---|
| 1 | Documents | student ids, driver licenses | f |
| 2 | Mobile Phone | apple iphone | f |
| 6 | Mobile Phone | iphone A1349 | f |
| 7 | Mobile Phone | 1 blue cell phone (unknown serial number) | f |
| 8 | Mobile Phone | LG cellphone | f |
| 9 | Mobile Device (e.g., tablet) | HP laptop (Serial #:5cd6282311) | k |
| 10 | Mobile Device (e.g., tablet) | hp laptop black (serial #: 5cd6516pfp) | k |
| 11 | Mobile Device (e.g., tablet) | Asus black lapton (Serial E4nocx858987176) | k |
| 12 | Mobile Device (e.g., tablet) | HP white laptop (serial # cnd6150hqw) | k |
| 13 | Mobile Device (e.g., tablet) | hp mini pink (serial # 4cz10306gk) | k |
| 15 | Documents | handwritten notes, financial aid/ loan applications, letters, money gram transaction | k |
| 16 | Documents | misc documents | h |
| 18 | Documents | misc documents | j |
| 19 | Documents | misc documents | k |
| 20 | Documents | tax info, name and PII data | h |
| 22 | Documents | documents | k |
| 23 | Currency | 269 x $100 8 X $20 | h |

Note: Item numbers are automatically assigned and may not be sequential

| # | Type | Description | Location |
|---|---|---|---|
| 24 | Currency | 2 x $20 1 x $5 6 x $1 | k |
| 25 | Documents | handwritten notes, social security card | k |
| 33 | Mobile Phone | Nokia cellphone Z981 (serial # 32017406989O) | on person |

*** 20 ITEMS -- NOTHING FURTHER ***

Note: Item numbers are automatically assigned and may not be sequential